## Commonwealth ex rel. Hicks, Appellant, *v.* Myers.

482

Submitted March 19, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Richard Hicks,* appellant, in propria persona.

*Anna R. Iwachiw,* Assistant District Attorney, *Ralph B. D'Iorio,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

OPINION PER CURIAM, April 18, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge WM. R. TOAL of the Court of Common Pleas No. 2 of Delaware County, as reported in 29 Pa. D. & C. 2d 554.